### MORSE v. STATE.  (No. 9356.)

(Court of Criminal Appeals of Texas.  June 24, 1925.) ·

**Criminal law  ⚖══1090(1)—Judgment affirmed, where record contains no statement of facts nor bills of exception.**

Where no statement of facts nor bills of exception appear in the record, nothing is brought forward for review, and the judgment will be affirmed.

Appeal from Jefferson County Court at Law; C. N. Ellis, Judge.

Ed Morse was convicted of unlawfully carrying a pistol, and he appeals.  Affirmed.

F. G. Vaughn, of Beaumont, for appellant.
Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J.  The offense is unlawfully carrying a pistol; punishment fixed at a fine of $100.

No statement of facts nor bills of exception appear in the record; therefore nothing is brought forward for review.

Finding no error, the judgment is affirmed.